# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICAN | : | |
| | : | No. 22-cr-0460-JMY |
| vs. | : | |
| | : | |
| BRIAHEEM GRAY | : | |

## ORDER

**AND NOW**, this 28th day of April, 2025, upon consideration of Motion to Suppress Physical Evidence (ECF No. 48) filed by Defendant, all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum entered by the Court, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge